02-12-093-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00093-CV

 

 


 
 
 Reao Joseph Keller
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 Deutsche Bank National Trust Company, As Trustee
 for HSI Asset Securitization Corporation Trust 2006-WMCI
 
 
  
 
 
 APPELLEE 
 
 


 

 

------------

 

FROM County
Court at Law No. 2 OF Denton COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

On June
21, 2012, we notified appellant that his brief had not been filed as required
by Texas Rule of Appellate Procedure 38.6(a).  See Tex. R. App. P. 38.6(a). 
We stated we could dismiss the appeal for want of prosecution unless appellant
or any party desiring to continue this appeal filed with the court on or before
July 2, 2012 a response showing grounds for continuing the appeal.  See
Tex. R. App. P. 42.3.  We have not received any response.

Because
appellant's brief has not been filed, we dismiss the
appeal for want of prosecution.  See Tex. R. App. P. 38.8(a), 42.3(b),
43.2(f).

Appellant
shall pay all costs of this appeal, for which let execution issue.

 

PER CURIAM

 

PANEL: 
WALKER, MCCOY, and MEIER, JJ.

 

DELIVERED: 
July 19, 2012








 









[1]See Tex. R. App. P. 47.4.